1

2

**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

| | |
|---|---|
| **GREGORY MANGRUM,** | ) Case No. 3:10-cv-03869-EDL |
| Plaintiff, | ) |
|  | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
|  | ) |
| **MONARCH RECOVERY** | ) |
| **MANAGEMENT, INC.** | ) |
| Defendant. | ) |
|  | ) |
|  | ) |

17

18

19

20

21

       **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal

With Prejudice, a copy of which is hereby served upon Defendant.

22

23

       RESPECTFULLY SUBMITTED this 1st day of November, 2010.

24

25

26

27

                         By:    s/Todd M. Friedman
                                Todd M. Friedman, Esq.
                                Law Offices of Todd M. Friedman, P.C.
                                tfriedman@AttorneysForConsumers.com
                                Attorney for Plaintiff

28

1   Filed electronically on this 1st day of November, 2010, with:

2

3   United States District Court CM/ECF system

4   And hereby served upon all parties

5

6   Notification sent on this 1st day of November, 2010, via the ECF system to:

7   Honorable Elizabeth D. Laporte
    Judge of the United States District Court
8   Northern District of California

9

10  Copy sent via mail on this 1st day of November, 2010, to:

11  Dennis A. Babbits
    LAW OFFICES OF DENNIS P. ISAAC
12  Staff Counsel for Chartis
13  121 Spear St., Suite 410
14  San Francisco, CA 94105

15

16  By: s/Todd M. Friedman
17      Todd M. Friedman

18

19

20

21

22

23

24

25

26

27

28